# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130191-2

FRED W. BRZOZOWSKI and
LA VERNE S. BRZOZOWSKI,
          Plaintiffs-Appellees,

v

ARTHUR W. WONDRASEK and
MARY WONDRASEK,
          Defendants-Appellants,

and

SHEILA FINK,
          Intervening Plaintiff.

SC: 130191-2
COA: 256701; 259098
Berrien CC: 01-003847-CH

_____/

     On order of the Court, the application for leave to appeal the November 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006 _____

                                     Clerk

p0920